# EXHIBIT B

# Composite Exhibit - Invoices Due and Owing

| Invoice No. | Invoice End Date | Invoice Due Date | Invoice Total |
|---|---|---|---:|
| 113-E | August 31, 2014 | September 31, 2014 | $ 185.30 |
| 114-E | August 31, 2014 | September 31, 2014 | $ 85.00 |
| 119-E | August 31, 2014 | September 31, 2014 | $ 136.00 |
| 128-E | August 31, 2014 | September 31, 2014 | $ 714.00 |
| 129-E | September 14, 2014 | October 14, 2014 | $ 136.00 |
| 132-E | September 14, 2014 | October 14, 2014 | $ 80.00 |
| 136-E | September 14, 2014 | October 14, 2014 | $ 792.00 |
| 139-E | September 14, 2014 | October 14, 2014 | $ 2,754.00 |
| 150-E | September 28, 2014 | October 28, 2014 | $ 323.00 |
| 151-E | September 28, 2014 | October 28, 2014 | $ 2,856.00 |
| 152-E | September 28, 2014 | October 28, 2014 | $ 88.00 |
| 169-E | October 12, 2014 | November 12, 2014 | $ 493.00 |
| 170-E | October 12, 2014 | November 12, 2014 | $ 88.00 |
| 171-E | October 12, 2014 | November 12, 2014 | $ 187.00 |
| 179-E | October 26, 2014 | November 26, 2014 | $ 68.00 |
| 180-E | October 26, 2014 | November 26, 2014 | $ 204.00 |
| 185-E | October 26, 2014 | November 26, 2014 | $ 512.00 |
| 186-E | October 26, 2014 | November 26, 2014 | $ 1,224.00 |
| 188-E | October 26, 2014 | November 26, 2014 | $ 272.00 |
| 191-E | October 26, 2014 | November 26, 2014 | $ 799.00 |
| 194-E | October 26, 2014 | November 26, 2014 | $ 204.00 |
| 196-E | November 9, 2014 | December 9, 2014 | $ 2,359.88 |
| 199-E | November 9, 2014 | December 9, 2014 | $ 480.00 |
| 210-E | November 23, 2014 | December 23, 2014 | $ 480.00 |
| 211-E | November 23, 2014 | December 23, 2014 | $ 468.00 |
| 212-E | November 23, 2014 | December 23, 2014 | $ 492.00 |
| 214-E | November 23, 2014 | December 23, 2014 | $ 2,371.50 |
| 215-E | November 23, 2014 | December 23, 2014 | $ 2,612.05 |
| 216-E | November 23, 2014 | December 23, 2014 | $ 1,664.00 |
| 217-E | November 23, 2014 | December 23, 2014 | $ 3,187.50 |
| 219-E | November 23, 2014 | December 23, 2014 | $ 1,995.50 |
| 223-E | December 7, 2014 | January 7, 2015 | $ 1,280.00 |
| 224-E | December 7, 2014 | January 7, 2015 | $ 2,204.88 |
| 232-E | December 9, 2014 | January 9, 2015 | $ 88.00 |
| 249-E | December 21, 2014 | January 21, 2015 | $ 561.00 |
| 250-E | December 21, 2014 | January 21, 2015 | $ 136.00 |
| 251-E | December 21, 2014 | January 21, 2015 | $ 136.00 |
| 252-E | December 21, 2014 | January 21, 2015 | $ 68.00 |
| 253-E | December 21, 2014 | January 21, 2015 | $ 1,449.00 |
| 254-E | December 21, 2014 | January 21, 2015 | $ 816.00 |
| 255-E | December 21, 2014 | January 21, 2015 | $ 512.00 |
| 256-E | December 21, 2014 | January 21, 2015 | $ 2,516.00 |

# Composite Exhibit - Invoices Due and Owing

| | | | | |
|---|---|---|---|---|
| 257-E | December 21, 2014 | January 21, 2015 | $ | 442.00 |
| 260-15 | January 4, 2015 | February 4, 2015 | $ | 1,348.50 |
| 261-15 | January 4, 2015 | February 4, 2015 | $ | 663.00 |
| 262-15 | January 4, 2015 | February 4, 2015 | $ | 544.00 |
| 263-15 | January 4, 2015 | February 4, 2015 | $ | 748.00 |
| 269-15 | January 4, 2015 | February 4, 2015 | $ | 1,810.00 |
| 271-15 | January 4, 2015 | February 4, 2015 | $ | 2,260.50 |
| 278-15 | January 18, 2015 | February 18, 2015 | $ | 544.00 |
| 286-15 | January 18, 2015 | February 18, 2015 | $ | 119.00 |
| 288-15 | January 25, 2015 | February 25, 2015 | $ | 408.00 |
| 289-15 | January 25, 2015 | February 25, 2015 | $ | 408.00 |
| 290-15 | January 25, 2015 | February 25, 2015 | $ | 2,218.50 |
| 292-15 | January 25, 2015 | February 25, 2015 | $ | 272.00 |
| 293-15 | January 25, 2015 | February 25, 2015 | $ | 1,006.50 |
| 294-15 | January 25, 2015 | February 25, 2015 | $ | 738.00 |
| 297-15 | January 25, 2015 | February 25, 2015 | $ | 1,262.25 |
| 303-15 | February 1, 2015 | March 1, 2015 | $ | 272.00 |
| 304-15 | February 1, 2015 | March 1, 2015 | $ | 1,155.00 |
| 316-15 | February 8, 2015 | March 8, 2015 | $ | 176.80 |
| 318-15 | February 8, 2015 | March 8, 2015 | $ | 720.00 |
| 336-15 | February 22, 2015 | March 22, 2015 | $ | 408.00 |
| 341-15 | February 22, 2015 | March 22, 2015 | $ | 576.00 |
| 342-15 | February 22, 2015 | March 22, 2015 | $ | 1,181.50 |
| 343-15 | February 22, 2015 | March 22, 2015 | $ | 569.00 |
| 344-15 | February 22, 2015 | March 22, 2015 | $ | 1,162.50 |
| 349-15 | March 1, 2015 | April 1, 2015 | $ | 1,207.00 |
| 350-15 | March 1, 2015 | April 1, 2015 | $ | 1,155.00 |
| 351-15 | March 1, 2015 | April 1, 2015 | $ | 1,054.00 |
| 352-15 | March 1, 2015 | April 1, 2015 | $ | 576.00 |
| 353-15 | March 1, 2015 | April 1, 2015 | $ | 1,193.50 |
| 354-15 | March 1, 2015 | April 1, 2015 | $ | 569.50 |
| 355-15 | March 1, 2015 | April 1, 2015 | $ | 1,575.00 |
| 356-15 | March 1, 2015 | April 1, 2015 | $ | 425.00 |
| 357-15 | March 8, 2015 | April 8, 2015 | $ | 408.00 |
| 358-15 | March 8, 2015 | April 8, 2015 | $ | 331.50 |
| 359-15 | March 8, 2015 | April 8, 2015 | $ | 272.00 |
| 360-15 | March 8, 2015 | April 8, 2015 | $ | 1,233.52 |
| 361-15 | March 8, 2015 | April 8, 2015 | $ | 1,190.00 |
| 362-15 | March 8, 2015 | April 8, 2015 | $ | 918.00 |
| 363-15 | March 8, 2015 | April 8, 2015 | $ | 720.00 |
| 364-15 | March 8, 2015 | April 8, 2015 | $ | 1,193.50 |
| 365-15 | March 8, 2015 | April 8, 2015 | $ | 569.50 |
| 366-15 | March 8, 2015 | April 8, 2015 | $ | 544.00 |

# Composite Exhibit - Invoices Due and Owing

| | | | | |
|---|---|---|---|---:|
| 367-15 | March 15, 2015 | April 15, 2015 | $ | 408.00 |
| 368-15 | March 15, 2015 | April 15, 2015 | $ | 425.00 |
| 369-15 | March 15, 2015 | April 15, 2015 | $ | 272.00 |
| 370-15 | March 15, 2015 | April 15, 2015 | $ | 1,233.86 |
| 371-15 | March 15, 2015 | April 15, 2015 | $ | 1,173.00 |
| 372-15 | March 15, 2015 | April 15, 2015 | $ | 1,054.00 |
| 373-15 | March 15, 2015 | April 15, 2015 | $ | 720.00 |
| 374-15 | March 15, 2015 | April 15, 2015 | $ | 1,178.00 |
| 375-15 | March 15, 2015 | April 15, 2015 | $ | 569.00 |
| 376-15 | March 15, 2015 | April 15, 2015 | $ | 629.00 |
| 377-15 | March 15, 2015 | April 15, 2015 | $ | 952.00 |
| 378-15 | March 15, 2015 | April 15, 2015 | $ | 204.00 |
| 379-15 | March 15, 2015 | April 15, 2015 | $ | 816.00 |
| 380-15 | March 29, 2015 | April 29, 2015 | $ | 544.00 |
| 381-15 | March 29, 2015 | April 29, 2015 | $ | 544.00 |
| 382-15 | March 29, 2015 | April 29, 2015 | $ | 2,519.00 |
| 383-15 | March 29, 2015 | April 29, 2015 | $ | 1,632.00 |
| 384-15 | March 29, 2015 | April 29, 2015 | $ | 213.50 |
| 385-15 | March 29, 2015 | April 29, 2015 | $ | 1,152.00 |
| 386-15 | March 29, 2015 | April 29, 2015 | $ | 2,356.00 |
| 387-15 | March 29, 2015 | April 29, 2015 | $ | 1,120.00 |
| 388-15 | March 29, 2015 | April 29, 2015 | $ | 408.00 |
| 389-15 | March 29, 2015 | April 29, 2015 | $ | 221.00 |
| BF-3 | December 8, 2014 | December 26, 2014 | $ | 204.00 |
| BF-4 | December 8, 2014 | December 26, 2014 | $ | 195.50 |
| BF-21-B | December 8, 2014 | December 26, 2014 | $ | 110.00 |
| BF-23 | December 8, 2014 | January 8, 2014 | $ | 1,763.00 |
| BF-28 | December 8, 2014 | January 8, 2014 | $ | 582.00 |
| BF-29 | December 8, 2014 | January 8, 2014 | $ | 578.00 |
| BF-30 | December 8, 2014 | January 8, 2014 | $ | 153.00 |
| BF-31 | December 9, 2014 | January 8, 2014 | $ | 663.00 |
| BF-32 | December 9, 2014 | January 8, 2014 | $ | 234.00 |
| BF-33 | December 9, 2014 | January 8, 2014 | $ | 340.00 |
| BF-34 | December 9, 2014 | January 8, 2014 | $ | 119.00 |
| BF-35 | December 9, 2014 | January 8, 2014 | $ | 270.00 |
| BF-38 | December 9, 2014 | January 8, 2014 | $ | 136.00 |
| 390-15 | April 5, 2015 | May 5, 2015 | $ | 408.00 |
| 391-15 | April 5, 2015 | May 5, 2015 | $ | 408.00 |
| 392-15 | April 5, 2015 | May 5, 2015 | $ | 423.30 |
| 393-15 | April 5, 2015 | May 5, 2015 | $ | 272.00 |
| 394-15 | April 5, 2015 | May 5, 2015 | $ | 1,146.65 |
| 395-15 | April 5, 2015 | May 5, 2015 | $ | 1,145.29 |
| 396-15 | April 5, 2015 | May 5, 2015 | $ | 1,071.00 |

# Composite Exhibit - Invoices Due and Owing

| | | | | |
|---|---|---|---|---|
| 399-15 | April 5, 2015 | May 5, 2015 | $ | 782.00 |
| 400-15 | April 12, 2015 | May 12, 2015 | $ | 408.00 |
| 402-15 | April 12, 2015 | May 12, 2015 | $ | 272.00 |
| 403-15 | April 12, 2015 | May 12, 2015 | $ | 1,292.00 |
| 404-15 | April 12, 2015 | May 12, 2015 | $ | 1,048.56 |
| 405-15 | April 12, 2015 | May 12, 2015 | $ | 1,071.00 |
| 406-15 | April 12, 2015 | May 12, 2015 | $ | 864.00 |
| 407-15 | April 12, 2015 | May 12, 2015 | $ | 1,198.90 |
| 408-15 | April 12, 2015 | May 12, 2015 | $ | 6,122.00 |
| 409-15 | April 12, 2015 | May 12, 2015 | $ | 1,530.00 |
| 410-15 | April 12, 2015 | May 12, 2015 | $ | 425.00 |
| 411-15 | April 19, 2015 | May 19, 2015 | $ | 408.00 |
| 412-15 | April 19, 2015 | May 19, 2015 | $ | 408.00 |
| 413-15 | April 19, 2015 | May 19, 2015 | $ | 272.00 |
| 414-15 | April 19, 2015 | May 19, 2015 | $ | 994.00 |
| 415-15 | April 19, 2015 | May 19, 2015 | $ | 1,045.84 |
| 416-15 | April 19, 2015 | May 19, 2015 | $ | 1,054.00 |
| 417-15 | April 19, 2015 | May 19, 2015 | $ | 720.00 |
| 418-15 | April 19, 2015 | May 19, 2015 | $ | 1,054.00 |
| 419-15 | April 19, 2015 | May 19, 2015 | $ | 365.50 |
| 420-15 | April 19, 2015 | May 19, 2015 | $ | 204.00 |
| 421-15 | April 26, 2015 | May 26, 2015 | $ | 408.00 |
| 422-15 | April 26, 2015 | May 26, 2015 | $ | 408.00 |
| 423-15 | April 26, 2015 | May 26, 2015 | $ | 272.00 |
| 424-15 | April 26, 2015 | May 26, 2015 | $ | 357.00 |
| 425-15 | April 26, 2015 | May 26, 2015 | $ | 606.50 |
| 426-15 | April 26, 2015 | May 26, 2015 | $ | 1,054.00 |
| 427-15 | April 26, 2015 | May 26, 2015 | $ | 864.00 |
| 428-15 | April 26, 2015 | May 26, 2015 | $ | 1,007.00 |
| 429-15 | April 26, 2015 | May 26, 2015 | $ | 204.00 |
| 430-15 | April 26, 2015 | May 26, 2015 | $ | 527.00 |
| 431-15 | May 3, 2015 | June 3, 2015 | $ | 408.00 |
| 432-15 | May 3, 2015 | June 3, 2015 | $ | 228.00 |
| 433-15 | May 3, 2015 | June 3, 2015 | $ | 272.00 |
| 434-15 | May 3, 2015 | June 3, 2015 | $ | 289.00 |
| 435-15 | May 3, 2015 | June 3, 2015 | $ | 914.26 |
| 436-15 | May 3, 2015 | June 3, 2015 | $ | 1,054.00 |
| 437-15 | May 3, 2015 | June 3, 2015 | $ | 576.00 |
| 438-15 | May 3, 2015 | June 3, 2015 | $ | 1,178.00 |
| 439-15 | May 3, 2015 | June 3, 2015 | $ | 561.00 |
| 440-15 | May 3, 2015 | June 3, 2015 | $ | 178.80 |
| 441-15 | May 3, 2015 | June 3, 2015 | $ | 986.00 |
| 442-15 | May 10, 2015 | June 10, 2015 | $ | 408.00 |

# Composite Exhibit - Invoices Due and Owing

| Invoice | Date | Due | Amount |
|---|---|---|---|
| 443-15 | May 10, 2015 | June 10, 2015 | $ 408.00 |
| 444-15 | May 10, 2015 | June 10, 2015 | $ 272.00 |
| 445-15 | May 10, 2015 | June 10, 2015 | $ 187.00 |
| 446-15 | May 10, 2015 | June 10, 2015 | $ 498.30 |
| 447-15 | May 10, 2015 | June 10, 2015 | $ 1,045.50 |
| 448-15 | May 10, 2015 | June 10, 2015 | $ 144.00 |
| 449-15 | May 10, 2015 | June 10, 2015 | $ 1,178.00 |
| 450-15 | May 10, 2015 | June 10, 2015 | $ 612.00 |
| 451-15 | May 10, 2015 | June 10, 2015 | $ 68.00 |
| 452-15 | May 17, 2015 | June 17, 2015 | $ 408.00 |
| 453-15 | May 17, 2015 | June 17, 2015 | $ 408.00 |
| 454-15 | May 17, 2015 | June 17, 2015 | $ 1,054.00 |
| 455-15 | May 17, 2015 | June 17, 2015 | $ 864.00 |
| 456-15 | May 17, 2015 | June 17, 2015 | $ 1,139.25 |
| 457-15 | May 17, 2015 | June 17, 2015 | $ 461.00 |
| 458-15 | May 17, 2015 | June 17, 2015 | $ 212.50 |
| 459-15 | May 17, 2015 | June 17, 2015 | $ 272.00 |
| 460-15 | May 17, 2015 | June 17, 2015 | $ 272.50 |
| 461-15 | May 17, 2015 | June 17, 2015 | $ 160.65 |
| 462-15 | May 24, 2015 | June 24, 2015 | $ 408.00 |
| 463-15 | May 24, 2015 | June 24, 2015 | $ 408.00 |
| 464-15 | May 24, 2015 | June 24, 2015 | $ 272.00 |
| 465-15 | May 24, 2015 | June 24, 2015 | $ 1,037.00 |
| 466-15 | May 24, 2015 | June 24, 2015 | $ 144.00 |
| 467-15 | May 24, 2015 | June 24, 2015 | $ 1,178.00 |
| 468-15 | May 24, 2015 | June 24, 2015 | $ 578.00 |
| 469-15 | May 24, 2015 | June 24, 2015 | $ 340.00 |
| 470-15 | May 24, 2015 | June 24, 2015 | $ 119.00 |
| 471-15 | May 24, 2015 | June 24, 2015 | $ 513.00 |
| 472-15 | May 24, 2015 | June 24, 2015 | $ 275.50 |
| 473-15 | May 24, 2015 | June 24, 2015 | $ 503.50 |
| 474-15 | May 24, 2015 | June 24, 2015 | $ 1,237.50 |
| 475-15 | May 24, 2015 | June 24, 2015 | $ 342.00 |
| 476-15 | June 2, 2015 | July 2, 2015 | $ 408.00 |
| 477-15 | June 2, 2015 | July 2, 2015 | $ 408.00 |
| 478-15 | June 2, 2015 | July 2, 2015 | $ 272.00 |
| 479-15 | June 2, 2015 | July 2, 2015 | $ 1,126.00 |
| 480-15 | June 2, 2015 | July 2, 2015 | $ 576.00 |
| 481-15 | June 2, 2015 | July 2, 2015 | $ 1,178.00 |
| 482-15 | June 2, 2015 | July 2, 2015 | $ 561.00 |
| 483-15 | June 2, 2015 | July 2, 2015 | $ 153.00 |
| 484-15 | June 2, 2015 | July 2, 2015 | $ 1,966.50 |
| 485-15 | June 2, 2015 | July 2, 2015 | $ 189.55 |

# Composite Exhibit - Invoices Due and Owing

| | | | | |
|---|---|---|---|---:|
| 486-15 | June 9, 2015 | July 9, 2015 | $ | 408.00 |
| 487-15 | June 9, 2015 | July 9, 2015 | $ | 408.00 |
| 488-15 | June 9, 2015 | July 9, 2015 | $ | 272.00 |
| 489-15 | June 9, 2015 | July 9, 2015 | $ | 1,054.00 |
| 490-15 | June 9, 2015 | July 9, 2015 | $ | 1,178.00 |
| 491-15 | June 9, 2015 | July 9, 2015 | $ | 561.00 |
| 492-15 | June 9, 2015 | July 9, 2015 | $ | 2,777.29 |
| 493-15 | June 9, 2015 | July 9, 2015 | $ | 765.00 |
| 494-15 | June 22, 2015 | July 22, 2015 | $ | 816.00 |
| 495-15 | June 22, 2015 | July 22, 2015 | $ | 816.00 |
| 496-15 | June 22, 2015 | July 22, 2015 | $ | 544.00 |
| 497-15 | June 22, 2015 | July 22, 2015 | $ | 1,683.00 |
| 498-15 | June 22, 2015 | July 22, 2015 | $ | 2,150.50 |
| 499-15 | June 22, 2015 | July 22, 2015 | $ | 1,122.00 |
| 500-15 | June 22, 2015 | July 22, 2015 | $ | 1,402.50 |
| 501-15 | July 7, 2015 | August 7, 2015 | $ | 884.00 |
| 502-15 | July 7, 2015 | August 7, 2015 | $ | 816.00 |
| 503-15 | July 7, 2015 | August 7, 2015 | $ | 476.00 |
| 504-15 | July 7, 2015 | August 7, 2015 | $ | 1,496.00 |
| 505-15 | July 7, 2015 | August 7, 2015 | $ | 2,478.50 |
| 506-15 | July 7, 2015 | August 7, 2015 | $ | 1,003.00 |
| | | | **Total** $ | **186,059.18** |